IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH L. NOONE,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| *Acting Commissioner of Social Security*, | : | |
| *Defendant*. | : | **No. 15-251** |

# O R D E R

**AND NOW**, this 6th day of July, 2015, upon independent review of the brief in support of review filed by Plaintiff (Docket No. 8), Defendant's Unopposed Motion to Remand (Docket No. 12),[1] and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;
2. Defendant's uncontested Motion for Remand (Docket No. 12) is **GRANTED**, the decision of the Commissioner of the Social Security Administration is **REVERSED**, and the matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report; and
3. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a Brief and Statement of Issues in Support of Plaintiff's Request for Review on May 14, 2015, seeking either an award of benefits for the period at issue or an order that the case be remanded for further development and analysis of the record. On June 10, 2015, Defendant filed an uncontested motion for remand arguing that the case would benefit from additional evaluation.